# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **ODELL F. MATTISON**<br><br>*Plaintiff*,<br><br>v.<br><br>**ELBERT COUNTY SHERIFF'S DEPARTMENT**, *et al.*,<br><br>*Defendants.* | **CIVIL ACTION NO.**<br>**3:25-cv-00142-TES** |

## ORDER

On December 5, 2025, the Court afforded Plaintiff Odell F. Mattison fourteen days to show cause why his claims against Defendants Elbert County Sheriff's Department, Elbert County District Attorney's Office, Georgia Department of Administrative Services, Michael Matthews, Kira McGee, and County of Elberton Board of Commissioners (collectively "Defendants") should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m). *See* [Doc. 5]. Plaintiff did not respond to the Court's show-cause order or indicate that service had been made on Defendants. Thus, given Plaintiff's failure to serve Defendants within the time affixed by the Federal Rules of Civil Procedure, the Court now **DISMISSES** this action **without prejudice.**

**SO ORDERED**, this 23rd day of December, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**